# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUNATE ZAKE PACKARD,<br><br>    Petitioner,<br><br>    v.<br><br>K. PROSPER,<br><br>    Respondent. | 1:05-CV-1082 LJO NEW (DLB) HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT A NEW CONSENT/DECLINE FORM AS TO MAGISTRATE JUDGE JURISDICTION |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On July 29, 2005, petitioner filed a petition for writ of habeas corpus and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.   The form instructs the parties to "Check and Sign *ONLY ONE* Section of the Form," indicating a choice between "consent" or "decline" as to jurisdiction of the Magistrate Judge.  On April 20, 2007,  petitioner returned the consent/decline form to the court; however, petitioner signed *BOTH* sections of the form.   At this time, the court shall require petitioner to complete a new consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to submit a new consent/decline form, telling the Court

1  whether he will consent to Magistrate Judge Jurisdiction.  Petitioner must complete and return the
2  new consent/decline form within thirty (30) days, signing *ONLY ONE* section of the form, indicating
3  a choice between "consent" and "decline."  Failure to follow this order will result in a
4  recommendation that this action be dismissed pursuant to Local Rule 11-110.
5       The Clerk of the Court is DIRECTED to send to petitioner another copy of the
6  consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
7       IT IS SO ORDERED.
8       **Dated:   May 30, 2007**                  **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE