UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAQUNATE ZAKE PACKARD, | ) | 1:05-CV-01082 DLB HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER REFERRING ACTION TO |
| v. | ) | MAGISTRATE JUDGE GARY S. AUSTIN |
| | ) | |
| K. PROSPER, | ) | Old case #1:05-CV-01082 DLB HC |
| | ) | New case #1:05-CV-01082 GSA HC |
| Respondent. | ) | |

Due to the recent appointment of Honorable Gary S. Austin to the position of Magistrate Judge, the undersigned finds the necessity for referral of the above-captioned case, and for notice be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above-captioned case shall be and is hereby REFERRED to Magistrate Judge Gary S. Austin for further proceedings. The new case number for this action, which must be used on all future documents filed with the Court, is:

**1:05-CV-01082 GSA HC**

All dates currently set in this referred action shall remain pending subject to further order of the Court.

IT IS SO ORDERED.

**Dated:   October 15, 2007**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE